UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA, | ) CRIMINAL NO. _____ |
|---|---|
| Plaintiff, | ) |
| | ) **INDICTMENT** |
| v. | ) |
| | ) [Vio.: 21 U.S.C. §§ 846: Conspiracy to |
| | ) Possess with Intent to Distribute |
| | ) Methamphetamine, 846 |
| | ) Attempt to Possess With Intent |
| | ) to Distribute Methamphetamine |
| **GABRIEL ROBERT ORTIZ (1), and** | ) |
| **RUBEN HERNANDEZ (2),** | ) |
| Defendants. | ) |

SA18CR0524 DAE

## COUNT ONE
[21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)]

On or about between May 4, 2018, and June 22, 2018, in the Western District of Texas, Defendants,

**GABRIEL ROBERT ORTIZ (1), and
RUBEN HERNANDEZ (2),**

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed with each other and with others known and unknown to possess with the intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and in violation of Title 21, United States Code, Section 846.

## COUNT TWO
[21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)]

That on or about April 26, 2018, in the Western District of Texas, Defendant,

1

**GABRIEL ROBERT ORTIZ (1),**

knowingly, intentionally and unlawfully attempted to possess with the intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(C).

## COUNT THREE
[21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)]

That on or about May 17, 2018, in the Western District of Texas, Defendant,

**GABRIEL ROBERT ORTIZ (1),**

knowingly, intentionally and unlawfully attempted to possess with the intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(C).

## COUNT FOUR
[21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)]

That on or about June 22 2018, in the Western District of Texas, Defendant,

**GABRIEL ROBERT ORTIZ (1), and
RUBEN HERNANDEZ (2),**

knowingly, intentionally and unlawfully attempted to possess with the intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(C).

A TRUE BILL ███████

———————————
Foreperson

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
GREGORY J. SUROVIC
Assistant United States Attorney